UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:   Vernon Watts                                     Case No.  15-02501-JCO-13

　　　　　Debtor

## ORDER CONFIRMING PLAN

   This matter is before the Court for confirmation of the Debtor's Chapter 13 plan of reorganization. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1334(b) and §157(a) and (b)(2)(A) and (L).  Venue is appropriate as contemplated by 28 U.S.C. §1408.  Appropriate notice was given.

   Based on the contents of the plan, this Court's file, the Debtor's compliance with 11 U.S.C. §521(a)(1), and that the plan meets the requirements of 11 U.S.C. §1325,

   IT IS ORDERED that the Debtor's plan filed August 10, 2015, together with any summary of amendments filed, is CONFIRMED.

   The term of the Debtor's plan is 60 months with the first plan payment due 30 days from the date the petition is filed.  The Debtor's plan as confirmed requires payments to the Trustee in the amount of $330.00 per month for the remaining term of the plan with all allowed nonpriority, unsecured claims to be paid 100.00%, PRO RATA.


Dated:  January 26, 2016                    /s/  JERRY C. OLDSHUE
　　　　　　　　　　　　　　　　　　　　　　　　　_____
                                             JERRY C. OLDSHUE
                                             U.S. BANKRUPTCY JUDGE